IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ODELL DOBBS,

      Petitioner,                                                  JUDGMENT IN A CIVIL CASE

v.                                                                          Case No. 11-cv-663-bbc

UNITED STATES OF AMERICA,

      Respondent.

---

      This action came for consideration before the court with District Judge
Barbara B. Crabb presiding.  The issues have been considered and a decision has been
rendered.

---

      IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this

case without prejudice for failure to prosecute.


_____                    _____
Peter Oppeneer, Clerk of Court                                  Date